PROB 22
(Rev. 01/24)

## TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
| --- |
| 2:20CR00040 |
| DOCKET NUMBER *(Rec. Court)* |
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| Katty Rodriguez-Medrano | Nevada | U.S. Probation Office |

| NAME OF SENTENCING JUDGE |
| --- |
| Cristina D. Silva |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| --- | --- | --- |
| | 1/29/2024 | 1/28/2029 |

| OFFENSE |
| --- |
| 21 U.S.C. 841 (1)(1),(b)(1)(A) and 21 U.S.C. 846 Conspiracy to Distribute a Controlled Substance- Methamphetamine, Heroin, and Fentanyl |

| JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision) |
| --- |
| Permanent resident of Arizona |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

| UNITED STATES DISTRICT COURT FOR THE | DISTRICT OF | Nevada |
| --- | --- | --- |

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of Arizona  upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 3/8/2024 | |
| --- | --- |
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

| UNITED STATES DISTRICT COURT FOR THE | DISTRICT OF | Arizona |
| --- | --- | --- |

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| *Effective Date* | *United States District Judge* |
| --- | --- |